

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00250-CV

**EX PARTE T.T.**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021W0607
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER appellant State of Texas to bear all costs of this appeal.

We further ORDER the clerk of this court to immediately issue the mandate contemporaneously with issuance of this opinion and judgment.

SIGNED November 9, 2022.

_____
Luz Elena D. Chapa, Justice